468 A.2d 853

Commonwealth v. Plessinger, Appellant.

616

Submitted September 23, 1983. Bradley Leroy Griffie, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

The order imposing judgment of sentence is vacated, and the case is remanded for the filing of post-verdict motions nunc pro tunc within ten days. Jurisdiction is not retained.